JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GLEN BERRY, | No. CV 25-8197-GW(E) |
|     Petitioner, | |
| v. | JUDGMENT |
| MARALES, WARDEN, | |
|     Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 10, 2025.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE